1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

13 | AFFLICTION HOLDINGS, LLC, a
California limited liability company,

14

Plaintiff(s),

15          vs.

16 | ALFONSIN AVENDANO; JING
YANG; A YOU; XIE YUE DONG;
17 | ZHANG SHUANGJIANG; YE
LIZHEN; HUI CHEN and DOE 1
18 | through DOE 10, inclusive;

19          Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. SACV12-406-CJC(MLGX)

Assigned to Judge Cormac J. Carney
Magistrate Judge Marc L. Goldman

**[PROPOSED] PRELIMINARY
INJUNCTION**

20

21

22

23

24

25

26

27

28

        This Cause came for hearing on May 1, 2012, pursuant to this Court's April
16, 2012, Temporary Restraining Order and Order to Show Cause Why a
Preliminary Injunction Should Not Issue.  [e-docket 11]  For the Reasons that
follow, the preliminary injunctive relief sought in Plaintiff's *Ex Parte* Application
for Entry of a Temporary Restraining Order and Order to Show Cause Why a
Preliminary Injunction Should Not Issue ("*Ex Parte* Application") [e-docket 8] is
GRANTED.

1

## BACKGROUND

On March 14, 2012, Plaintiff, Affliction Holdings, LLC ("Affliction" or "Plaintiff") filed its Complaint [e-docket 1] against Defendants Alfonsin Avendano, Jing Yang, A You, Xie Yue Dong, Zhang Shuangjiang, Ye Lizhen, Hui Chen, and Doe 1 through Doe 10, inclusive (collectively the "Defendants") for alleged violations of trademark counterfeiting and infringement, false designation of origin, and cyberpiracy.   On April 10, 2012, Plaintiff filed its *Ex Parte* Application for Entry of a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue [e-docket 8], and this Court entered an Order directing Defendants to show cause why Plaintiff's request for a Preliminary Injunction would not be granted [e-docket 11].   The Court further ordered Plaintiff to serve a copy of the Court's Order on the Defendants via email. A Declaration regarding Plaintiff's compliance with the Court's Temporary Restraining Order was filed by Plaintiff on  April 21, 2012 [e-docket 13].

The Court convened the hearing on May 1, 2012, at which only counsel for Plaintiff was present and available to present evidence supporting the *Ex Parte* Application.  No written response has been filed by the Defendants to the *Ex Parte* Application, nor have Defendants appeared individually or through counsel in this matter.

## CONCLUSIONS OF LAW

The declarations and supporting evidentiary submissions Plaintiff submitted in support of its *Ex Parte* Application and the facts presented at oral argument support the following conclusions of law:

A.     Plaintiff has shown a likelihood of success on its claims against Defendants for federal trademark infringement and counterfeiting, false designation of origin, and cyberpiracy;

B.     Plaintiff will suffer irreparable harm unless Defendants are enjoined;

[PROPOSED] PRELIMINARY INJUNCTION

1    C.    A preliminary injunction is necessary to prevent irreparable injury to

2    Plaintiff's reputation and business; and

3    D.    The balance of equities and the interests of justice support granting

4    such relief.

5    Accordingly,

6    IT IS HEREBY ORDERED that Defendants, their respective officers,

7    directors, employees, agents, subsidiaries, distributors, and all persons in active

8    concert or participation with Defendants having notice of this Order are

9    preliminarily restrained from manufacturing, importing, advertising, promoting,

10   offering to sell, selling, distributing, or transferring any products bearing the

11   Affliction trademarks which include the terms AFFLICTION, SINFUL,

12   AFFLICTION LIVE FAST, AFFLICTION AMERICAN CUSTOMS, or any

13   confusingly similar trademark; from secreting, concealing, destroying, selling off,

14   transferring, or otherwise disposing of: (i) any products, not manufactured or

15   distributed by Affliction, bearing the Affliction trademarks, or any confusingly

16   similar trademarks; or (ii) any evidence relating to the manufacture, importation,

17   sale, offer for sale, distribution, or transfer of any products bearing the Affliction

18   trademarks, or any confusingly similar trademarks.

19   IT IS FURTHER ORDERED that Defendants, their respective officers,

20   directors, employees, agents, subsidiaries, distributors, and all persons in active

21   concert or participation with Defendants having notice of this Order shall, until the

22   conclusion of this action, discontinue the use of the Affliction trademarks which

23   include the terms AFFLICTION, SINFUL, AFFLICTION LIVE FAST,

24   AFFLICTION AMERICAN CUSTOMS, and which are further identified in the

25   attached Schedule A ("Affliction Marks"), or any confusingly similar trademarks

26   in any manner, including on or in connection with Internet website businesses

27   owned and operated or controlled by them, specifically including the Internet

28

[PROPOSED] PRELIMINARY INJUNCTION

1   websites operating under the domain names listed on the attached Schedule B

2   (collectively referred to herein as the "Subject Domain Names").

3          IT IS FURTHER ORDERED that Defendants, their respective officers,

4   directors, employees, agents, subsidiaries, distributors, and all persons in active

5   concert or participation with Defendants having notice of this Order shall,  until the

6   conclusion of this action, discontinue the use of the Affliction Marks (1) within

7   domain names, domain name extensions, metatags or other markers within their

8   websites' source code, (2) on any webpage (including as the title of any web page),

9   (3) in any advertising links to other websites, from search engines' databases or

10  cache memory, and (4) in any other manner of use in which such Affliction Marks

11  are visible to a computer user or serve to direct computer searches on search

12  engines to websites registered by, owned, or operated by Defendants, including the

13  Internet websites operating under the Subject Domain Names.

14         IT IS FURTHER ORDERED that Defendants shall not transfer ownership

15  of the Subject Domain Names during the pendency of this Action, or until further

16  Order of the Court.

17         IT IS FURTHER ORDERED that the Registrar(s) for the Subject Domain

18  Names, shall continue to lock the Subject Domain Names and, to the extent not

19  already done, provide to Plaintiff's counsel, for deposit with this Court, a Registrar

20  Certificate for each of the Subject Domain Names.

21         IT IS FURTHER ORDERED that the top level domain (TLD) Registries for

22  the Subject Domain Names, Verisign, Inc. (for the .net domains) and the Public

23  Interest Registry (for the .org domains), shall immediately, or to the  extent already

24  done continue to, maintain the Subject Domain Names on Registry Hold status,

25  thus removing them from the TLD zone files maintained by the respective Registry

26  which link the Subject domain Names to the IP addresses where their associated

27  websites are hosted.

28

[PROPOSED] PRELIMINARY INJUNCTION

1       IT IS FURTHER ORDERED that Defendants shall continue to preserve

2 copies of all their computer files relating to the use of any of the Subject Domain

3 Names and shall take all steps necessary to retrieve and preserve computer files

4 relating to the use of any of the Subject Domain Names and\or the website

5 operating thereunder which may have been deleted before the entry of this Order.

6       IT IS FURTHER ORDERED that this Preliminary Injunction shall remain in

7 effect during the pendency of this action, or until such further date as set by the

8 Court or stipulated to by the parties.

9       IT IS FURTHER ORDERED that the bond posted on April 20, 2012, in the

10 amount of $10,000.00 shall continue to be in effect during the pendency of this

11 preliminary injunction.

12

13

14 DATED: May 01, 2012          _____

                         HONORABLE CORMAC J. CARNEY

15                          UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] PRELIMINARY INJUNCTION

1

**SCHEDULE A**

2

3

| Mark | Registration No. | Registration Date |
|------|------------------|-------------------|
| SINFUL | 2,639,453 | October 22, 2002 |
| AFFLICTION | 3,109,069 | June 27, 2006 |
| AFFLICTION | 3,706,917 | November 3, 2009 |
| AFFLICTION | 3,747,346 | February 9, 2010 |
| AFFLICTION (stylized) | 3,790,247 | May 18, 2010 |
| AFFLICTION LIVE FAST | 3,888,936 | December 14, 2010 |
| AFFLICTION LIVE FAST | 3,906,589 | January 18, 2011 |
| AFFLICTION AMERICAN CUSTOMS | 4,032,767 | September 27, 2011 |

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] PRELIMINARY INJUNCTION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# SCHEDULE B
# SUBJECT DOMAIN NAMES

afflictioncheap.com

afflictiondiscount.com

afflictiononoutlet.com

afflictiononsale.com

afflictionsale.org

afflictionshop.net

afflictionclothingsale.net

afflictionclothingstore.org

afflictionjeans.org

afflictionmarket.com

afflictionoutletonline.com

afflictionclothingoutlet.com

afflictionfrance.com

afflictiondeutsch.com

afflictionse.com

afflictionshopping.com

usaaffliction.com

usaafflictionclothing.com

usasinful.com

[PROPOSED] PRELIMINARY INJUNCTION